IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIK LARA VILLEGAS,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, McCook Detention Center, et al.,<br><br>Respondents. | 8:26-CV-375<br><br>ORDER |

IT IS ORDERED that cause having been shown, the show cause deadline set for September 4, 2026 is terminated.

Dated this 8th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge